31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**T & G AVIATION, INC., Appellant,**

v.

**U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT, Appellee.**

No. 01–1432.

United States Court of Appeals, Federal Circuit.

March 20, 2002.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.

**ATLANTIC REPRESENTATIONS, INC., Plaintiff–Appellee,**

v.

**AMERICAN LIGHTING INDUSTRY INC., Yes International Products, Inc., Iem Furniture Inc., John Yeh, and Weng Choo Koay (also known as Bernard Koay), Defendants–Appellants.**

No. 01–1361.

United States Court of Appeals, Federal Circuit.

March 20, 2002.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.